1  LEAH W. HURWITZ,
   A Professional Law Corporation
2  2727 Camino Del Rio South, Suite 110
   San Diego, CA 92108
3  (619) 239-7855

4  Leah W. Hurwitz, Esq.
   Cal. State Bar No. 87214
5

6

7

8                    UNITED STATES DISTRICT COURT
                  SOUTHERNA DISTRICT OF CALIFORNIA
9

10                              '07 CV   2292 BTM   (NLS)

11  Hany M. ABDOU,                     )  Civil No.
                                       )
12            Plaintiff,               )  Alien No. 047-356-968
                                       )
13     vs.                             )  COMPLAINT FOR REVIEW OF
                                       )  NATURALIZATION APPLICATION
14  Michael Chertoff, DHS Secretary;   )  UNDER 8 U.S.C. §1447(b);
    Emilio Gonzalez, USCIS Director;   )  ALTERNATIVELY, COMPLAINT FOR
15  Paul Pierre, USCIS San Diego District )  RELIEF UNDER 5 U.S.C. §702;
    Director; Christina Poulos, USCIS CSC )  ALTERNATIVELY, COMPLAINT FOR
16  Director; Peter D. Keisler, Acting Attorney )  MANDAMUS RELIEF UNDER 28
    General; Robert S. Mueller, III, FBI Director )  U.S.C.§1361
17                                     )
18            Defendants               )
                                       )
19  _____ )

20
    Plaintiff, by and through his attorney, alleges as follows:
21
    **Introduction**
22
    1.      In this Complaint, the Plaintiff requests that this Court assume jurisdiction over his
23
    application for naturalization, hold a hearing on his application for naturalization, and make a
24
    determination on his application for naturalization, pursuant to 8 U.S.C. § 1447(b).  The
25
    Plaintiff's application for naturalization has been pending for more than 120 days beyond the
26
    date on which the United States Citizenship and Immigration Services ("USCIS") conducted his
27
    examination.  Over twenty months have passed since the Plaintiff's examination on his
28
    application for naturalization on March 17, 2006, and USCIS has failed to make a final

                                        1

determination on his application. Thus, under 8 U.S.C. §1447(b), the Plaintiff requests that this Court make a determination on his application or remand the matter to USCIS with instructions to determine the matter within 60 days, or within a reasonable and finite time. Alternatively, the Plaintiff requests that the Court review the agencies' failure to adjudicate his application for naturalization under the Administrative Procedures Act ("APA") at 5 U.S.C. § 702, and, under its authority at 5 U.S.C. § 706(1) compel the Federal Bureau of Investigation ("FBI") to complete its security checks within 30 days and compel USCIS to determine the matter within 30 days after the FBI's completion of the security checks. Alternatively, the Plaintiff requests that the Court issue a writ of Mandamus, under 28 U.S.C. § 1361, to compel the FBI to complete its security checks within 30 days and to compel USCIS to determine the matter within 30 days after the FBI's completion of the security checks.

## I.    Jurisdiction

2.    This Court has jurisdiction over this action under 8 U.S.C. § 1447 (b). Under 8 U.S.C. §1447(b), if USCIS fails to make determination on an application for naturalization before the end of the 120-day period after the date on which the examination is conducted, the applicant may apply to the United States District Court for the district in which the applicant resides for a hearing on the matter. 8 U.S.C. § 1447(b). The initial examination triggers the 120 day statutory period within which USCIS must make a determination on the application for naturalization. United States v. Hovsepian, 359 F.3d 1144, 1151 (9th Cir. 2004)(en banc). Upon an application under this section, the District Court has exclusive jurisdiction over the application for naturalization and may either determine the matter or remand the matter with appropriate instructions to USCIS to determine the matter. 8 U.S.C. § 1447(b); Hovsepian, 359 F.3d 1144, 1159 - 1164.

3.    In this case, the Plaintiff underwent the examination regarding his application for naturalization over twenty months ago on March 17, 2006, and to date, he has not received a final determination on his application for naturalization, despite numerous inquiries into the status of his application. Thus, this Court has exclusive jurisdiction over the matter.

4.     Jurisdiction is also conferred upon this Court for all of the Plaintiff's claims under 28 U.S.C. § 1331, as an action involving a federal question. The Plaintiff's claims for relief all arise under federal statutory law. Finally, with regard to the Plaintiff's request for Mandamus relief, 28 U.S.C. § 1361 provides, "[t]the district courts shall have original jurisdiction of any action in the nature of Mandamus to compel an officer or employee of the United States, or any agency thereof, to perform a duty owed to the plaintiff."

## II.    Venue

5.     Under 8 U.S.C. § 1447(b), the District Court in the district in which the Plaintiff resides is the appropriate court in which to apply for a hearing on the matter. Moreover, under 28 U.S.C. § 1391(e), in a civil action in which a Defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, the plaintiff may bring such an action , except as otherwise provided by law, in any judicial district in which a Defendant in the action resides, a substantial part of the events or omissions giving rise to the claim occurred, or where the plaintiff resides, if no real property is involved in the action.

6.     In this action, Mr. Abdou, the Plaintiff, resides in the Southern District of California. The Defendants operate in the Southern District of California, and a substantial part of the events giving rise to the claim occurred in the Southern District of California. Thus, venue is proper with the Court.

## III.    Plaintiff

7.     The Plaintiff, Mr. Hany M. Abdou, is a lawful permanent resident of the United States who resides within the jurisdiction of this Court. On or about November 8, 2005, Mr. Abdou applied for naturalization pursuant to 8 U.S.C. §1421, et seq., and he was fingerprinted on December 6, 2005. He underwent an examination under 8 U.S.C. § 1446 on March 17, 2006. Mr. Abdou believes that he has satisfied all the requirements for naturalization, except that the Defendants and their agents have not yet completed the required "security checks." Since March 17, 2006 Mr. Abdou has performed at least four inquires into the status of his application for

naturalization, and the Defendants' agents consistently have responded with the same boilerplate response that security checks are still pending, such that the Defendants and their agents cannot make a final determination on his application. Mr. Abdou's application for naturalization has been pending for over twenty months since his examination on March 17, 2006. Moreover, the Defendants typically commence the requisite security checks for an applicant shortly after receipt of an application for naturalization, and in this case, the Defendants received Mr. Abdou's application for naturalization on or about November 8, 2005. Mr. Abdou appeared for a fingerprinting and biometrics appointment on December 6, 2005. Accordingly, the Defendants have had over 24 months since the date of his application and over 22 months since the date of his fingerprinting and biometrics appointment to complete the required security checks. Such a delay is clearly unreasonable.

## IV.    Defendants

8.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS"). Emilio Gonzalez is the Director of the USCIS, an agency within DHS. Paul Pierre is the District Director of the USCIS San Diego District. Christina Poulos is the Director of the USCIS California Service Center. Peter D. Keisler is the Acting Attorney General of the United States. Robert Mueller, III, is the Director of the FBI, an agency within the Department of Justice. The Plaintiff is suing all the Defendants in their official capacities. Defendants are in charge of processing and adjudicating applications for naturalization pursuant to 8 U.S.C. § 1421, et seq., and/or performing the requisite "full criminal background check" for applicants for naturalization under Pub.L. No. 105-119, Title I, Nov. 26, 1997, 111 Stat. 2448.

## V.    Statutory Framework

### Complaint for Review of Naturalization Application

9.      Pursuant to Section 336(b) of the Immigration and Nationality Act, 8 U.S.C. § 1447(b),

> "[i]f there is a failure to make a determination under section 335 before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter

and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter."

10.    An applicant for naturalization, in general, must demonstrate English language ability and knowledge of United States history and government. 8 U.S.C. § 1423(a).

11.    Persons who are opposed to organized government, who are opposed to the rule of law, or who favor totalitarian forms of government are ineligible for naturalization, as are deserters of the United States Armed Forces or aliens relieved of duty in the United States Armed Forces due to alienage. 8 U.S.C. §§ 1424 – 1426.

12.    Persons who satisfy the following requirements may be naturalized: (1) after admission as a lawful permanent resident, continuous residence within the United States for at least five years immediately preceding the date of filing the application, through the time of filing his application, up to the time of admission to citizenship; (2) physical presence in the United States during at least half of the five years immediately preceding the date of filing the application; and (3) good moral character and attachment to the principles of the Constitution of the United States during the five year period immediately preceding the application and throughout the period that the application is processing. 8 U.S.C. § 1427.

13.    Federal law prohibits USCIS from using federal funds to complete adjudication of an application for naturalization unless USCIS has received confirmation from the FBI that it has completed "a full criminal background check." Pub.L. No. 105-119, Title I, Nov. 26, 1997, 111 Stat. 2448. A "name check" is not specifically mandated.

14.    The regulation at 8 C.F.R. § 335.2(b) defines "a definitive response that a full criminal background check on an application has been completed" from the FBI as "(1) Confirmation from the [FBI] that an applicant does not have an administrative or criminal record; (2) Confirmation from the [FBI] that an applicant has an administrative or a criminal record; or (3) Confirmation from the [FBI] that two properly prepared fingerprint cards (Form FD-258) have been determined unclassifiable for the purpose of conducting a criminal background check and have been rejected." The regulations do not mandate that the FBI perform a "name check."

**Complaint for Review of Failure to Complete the Name Check under the APA**

15.    The APA provides that "with due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. §555(b).  Therefore, under the APA, government agencies have a duty to act on matters before them within a reasonable time.

16.    Under the APA, "[a] person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof." 5 U.S.C. § 702.  An agency action may include "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. § 551(13).

17.    The APA does not apply to the extent that another federal statute precludes judicial review of an agency's failure to act. 5 U.S.C. § 701(a)(1).  An agency's action is reviewable under the APA except where it is committed to agency discretion by law, but the APA embodies a basic presumption of judicial review.  5 U.S.C. § 701(a)(2); Abbott Laboratories v. Gardner, 387 U.S. 136, 140 (1967).  A plaintiff must exhaust his administrative remedies before seeking judicial review of agency action under the APA.  See Darby v. Cisneros, 509 U.S. 137 (1993).

18.    Under the APA, federal courts "shall … compel agency action unlawfully withheld or unreasonable delayed…." 5 U.S.C. § 706(1) (emphasis added).

**Complaint for Mandamus Relief**

19.    If a government agency has failed to execute a duty owed to a plaintiff, then that plaintiff may bring a Mandamus action pursuant to 28 U.S.C. § 1361.  Title 28 U.S.C. § 1361 provides the district courts with "… original jurisdiction of any action in the nature of Mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

20.    For a court to grant this remedy, (1) the plaintiff must have a clear right to the relief sought, (2) the defendants must have a clear, non-discretionary duty to act, and (3) no other adequate remedy is available.  Patel v. Reno, 134 F.3d 929, 931 (9th Cir. 1998).

21.    The Defendants have a non-discretionary duty to recommend or deny an application for naturalization and to perform the required security checks. The Southern District of California, as well as other courts within the Ninth Circuit, have held that the government has a non-discretionary duty to make a decision on immigration applications within a reasonable time. <u>See</u> <u>e.g.</u>, He v. Chertoff, No. CV 06-02608 (S.D. Cal. 2007); <u>Lazli v. U.S. Citizenship and Immigration Services</u>, WL 496351 (D. OR. 2007); <u>Quan v. Chertoff</u>, WL 61884 (N.D. Cal. 2007); <u>Razaq v. Poulos</u>, no. 06-2461, U.S. Dist. LEXIS 770 (N.D. Cal. 2007).

**VI.    Factual Allegations**

22.    Mr. Abdou is a 27-year-old native and citizen of Egypt. Mr. Abdou was admitted for lawful permanent residence in the United States on January 20, 2001. (<u>See</u> Exh. A, Copy of Mr. Abdou's Permanent Resident Card).

23.    On or about November 8, 2005, the Plaintiff filed a Form N-400, Application for Naturalization, with the USCIS California Service Center in Laguna Niguel, California (<u>See</u> Exh. B, Copy of Receipt Notice).

24.    On or about December 6, 2005, Mr. Abdou appeared as requested for a fingerprinting and biometrics appointment that the Defendants and their agents scheduled for him. (<u>See</u> Exh. C, Copy of the date-stamped Fingerprint Notification).

25.    The Defendants' agents scheduled an interview with Mr. Abdou regarding his application for naturalization for March 17, 2006, and the Defendants' agent (Officer David Glaze) interviewed Mr. Abdou at that time. At the interview, Mr. Abdou passed the tests of English and United States history and government, as required under 8 U.S.C. § 1423(a)(1). (<u>See</u> Exh. D, Form N-652, Naturalization Interview Results).

26.    At the completion of the interview on March 17, 2006, the Defendants confirmed that Mr. Abdou has satisfied all of the requirements for naturalization but that the Defendants and their agents had not yet completed the security checks into Mr. Abdou's background and could not yet make a determination on his application for naturalization.

27.    The Defendants' failure to complete the security checks was not due to Mr. Abdou's lack of cooperation, as he complied with all requirements. The Defendants and their agents have not informed Mr. Abdou of any other deficiency in his application for naturalization.

28.    Since Mr. Abdou's interview on March 17, 2006, over twenty months ago, Mr. Abdou has made at least four inquires into the status of his application for naturalization. The Defendants' agents consistently have responded with the same response that the Plaintiff's security checks were still pending completion and that, accordingly, the Defendants cannot make a determination on his application. (See Exh. E, Copies of Inquiry Responses from the Defendants indicating that Mr. Abdou's security checks are still pending completion).

29.    Mr. Abdou has satisfied all statutory requirement for naturalization.

    A.    He has continuously resided in the United States for the five years immediately preceding his application for naturalization, through the present date.

    B.    He was physically present in the United States for over half of the five years immediately preceding his application for naturalization.

    C.    Nothing in the record precludes a finding of Mr. Abdou's good moral character.

    D.    Mr. Abdou passed the tests of English language ability and knowledge of United States government and history.

    E.    The provisions at 8 U.S.C. §§ 1424 – 1426 do not apply to Mr. Abdou.

Thus, Mr. Abdou is eligible for naturalization.

31.    To date, the Defendants have not made a final determination on Mr. Abdou's application for naturalization, and more than 120 days have passed since his examination on March 17, 2006.

32.    The USCIS San Diego District Office's current average processing time for applications for naturalization is approximately seven months from the date of filing (See Exh. F, District Office Processing Dates for San Diego CA, posted on November 14, 2007"). The Defendants have taken three times its average processing time to adjudicate the Plaintiff's application for naturalization, which amounts to an unreasonable delay.

33.    Mr. Abdou has a right to the relief sought. Mr. Abdou has fully complied with the requirements for an application for naturalization, including payment of the filing fee and

attendance at his biometrics appointment. In addition, he appeared at the required interview and passed the English and United States government and history exams. He therefore has a right to a decision on his application for naturalization.

34.    The Defendants have a non-discretionally duty to complete the adjudication of the Plaintiff's naturalization application.

35.    Mr. Abdou has no other administrative remedies available to him, as he does not have a decision from which he can appeal, and he has performed at least four inquiries regarding the status of his application without receiving a decision.

## VII.    Claims for Relief

36.    The Defendants' failure to make a determination on Mr. Abdou's application for naturalization within 120 days of the date of his examination allows Mr. Abdou to seek relief from this Court under 8 U.S.C. § 1447(b).

37.    The Defendants' unreasonable and extraordinary delay in the completion of the requisite background checks and determination on Mr. Abdou's application for naturalization allows Mr. Abdou to seek an order from the Court under 5 U.S.C. § 706(1) compelling the FBI to complete its security checks within 30 days and compelling USCIS to adjudicate the application within 30 days after receiving confirmation of the FBI's completed security checks.

38.    The Defendants' unreasonable and extraordinary delay of over twenty months in the completion of the requisite background checks and determination on Mr. Abdou's application for naturalization allows Mr. Abdou to seek a writ of Mandamus from this Court under 28 U.S.C. § 1361 compelling the FBI to complete its security checks within 30 days and compelling USCIS to adjudicated the application within 30 days after receiving confirmation of the FBI's completed security checks.

39.    WHEREFORE, Mr. Abdou prays that this Court,

    a.    Assume jurisdiction over this cause of action;

    b.    Conduct a hearing on Mr. Abdou's application for naturalization, determine that Mr. Abdou is eligible for naturalization, and administer the oath of allegiance, thereby swearing him in as a United States citizen;

c.  Alternatively, under 8 U.S.C. § 1447(b), remand Mr. Abdou's application for naturalization to the Defendants with instructions to make a final determination on his application within 60 days;

d.  Alternatively, issue an order under the APA compelling the FBI to complete its security checks within 30 days and compelling USCIS to make a final determination on his application within 30 days or receipt of clearance from the FBI;

e.  Alternatively, issue a writ of mandamus compelling the FBI to complete its security checks within 30 days and compelling USCIS to make a final determination on his application within 30 days of receipt of clearance from the FBI;

f.  Grant Mr. Abdou such other and further relief as this Court deems proper under the circumstances; and

g.  Grant Mr. Abdou reasonable attorney's fees and costs.

Respectfully,

Attorney for Plaintiff,

DATED: __12 - 6 - 07__        SIGNED: _Leah W. Hurwitz_

Leah W. Hurwitz, Esq.
For: LEAH W. HURWITZ,
A Professional Law Corporation

# TABLE OF CONTENTS

Exhibit A    Copy of Mr. Abdou's Permanent Resident Card.........................................1

Exhibit B    Copy of form I-797C, Receipt Notice for Mr. Abdou's Application for
Naturalization ........................................................................................2

Exhibit C    Copy of Form I-797C, Fingerprint Notification with biometrics processing stamp
verifying that Mr. Abdou was processed for biometrics and tenprints on
December 6, 2005...................................................................................3

Exhibit D    Copy of Form N-652, Naturalization Interview Results .............................. 4

Exhibit E    Copies of the inquiries regarding the status of Mr. Abdou's application and the
responses ............................................................................................. 5

Exhibit F    Copy of District Office Processing Dates for San Diego, CA posted on November
14, 2007 ..............................................................................................7

**EXHIBIT A**



**PERMANENT RESIDENT CARD**

NAME ABDOU, HANY M

INS A# 047-356-968

Birthdate    Category    Sex
08/06/80     DV1         M

Country of Birth
Egypt

CARD EXPIRES 10/03/11

Resident Since 01/20/01

C1USA0473569683SRC0200351297<<
8008068M1110034EGY<<<<<<<<<<<0
ABDOU<<HANY<MICHEL<FARES<<<<<<



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

**PERMANENT RESIDENT CARD**

The person identified by this card is authorized to work and reside in the U.S.

# THE UNITED STATES OF AMERICA

| Receipt with Exception | NOTICE DATE<br>November 19, 2005 |
|---|---|
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 047 356 968 |
| APPLICATION NUMBER<br>WSC*001407526 | RECEIVED DATE<br>November 08, 2005 | PRIORITY DATE<br>November 08, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

PAYMENT INFORMATION

HANY ABDOU
138 JERICHO CIRCLE GLEN
ESCONDIDO CA 92027

| Single Application Fee: | $400.00 |
|---|---|
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

Ihalulilhuahliul

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):
Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:              August 06, 1980
Address Where You Live:   138 JERICHO CIRCLE GLEN
                         ESCONDIDO CA 92027

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within   365 days of this notice.

**IMPORTANT NOTICE:**          All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**

US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O. BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001512256

**INS Customer Service Number:**

(800) 375-5283

APPLICANT COPY

Form I-797C (Rev. 01/31/05) N

2

EXHIBIT C

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | NOTICE DATE<br>November 23, 2005 |
|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | INS A#:<br>A 047 356 968 |
| APPLICATION NUMBER<br>WSC*001407526 | RECEIVED DATE<br>November 08, 2005    PRIORITY DATE<br>November 08, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

BIOMETRICS PROCESSING STAMP

HANY ABDOU        ASC SITE CODE:
138 JERICHO CIRCLE OR BIOMETRICS QA REVIEW BY:
ESCONDIDO CA 92027

ON
TENPRINTS QA REVIEW BY:
ON    DEC 6 2005

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN MARCOS<br>727 W. SAN MARCOS BLVD.<br>SUITE 101, 102<br>SAN MARCOS CA 92069 | 12/06/2005<br>10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☑ Wednesday afternoon        ☑ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN MARCOS
727 W. SAN MARCOS BLVD.
SUITE 101, 102
SAN MARCOS CA 92069

If you have any questions regarding this notice, please call 1-800-375-5283.        APPLICANT COPY

APPLICATION NUMBER
WSC*001407526

## WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

3

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

## A47 356 968

On ____March 17, 2006____ , you were interviewed by USCIS officer __DAVID GLAZE_____

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** ____✓____ **A decision cannot yet be made about your application.**

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 1/14/05)N

4

**EXHIBIT  E**



**U.S. Department of Homeland Security**
USCIS
880 Front Street, Room 1234
San Diego, CA 92101-8834

**U.S. Citizenship
and Immigration
Services**

Wednesday, July 26, 2006

HANY ABDOU
138 JERICHO CIR GLEN
ESCONDIDO CA 92027

Dear HANY ABDOU:

On 07/26/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 11/08/2005 |
| **Receipt #:** | WSC*001407526 |
| **Beneficiary (if you filed for someone else):** | ABDOU, HANY |
| **Your USCIS Account Number (A-number):** | A047356968 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 07-26-2006 04:28 PM EDT - WSC*001407526

5



**U.S. Department of Homeland Security**
USCIS
880 Front Street, Room 1234
San Diego, CA 92101-8834

**U.S. Citizenship
and Immigration
Services**

Tuesday, September 11, 2007

HANY ABDOU
1245 MORNING VIEW DRIVE APT 147
ESCONDIDO CA 92029

Dear Hany Abdou:

On 09/11/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 11/23/2005 |
| **Receipt #:** | WSC*001407526 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A047356968 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

6

**EXHIBIT F**



Home   Contact Us   Site Map   FAQ

Search                        
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

---

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## San Diego CA Processing Dates
## Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Diego CA** Posted November 14, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 06, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | August 06, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | August 08, 2007 |

77

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145164    — SR**

**December 06, 2007
15:19:26**

**Civ Fil Non-Pris**
USAO #.: 07CV2292 CIV. FIL.
Judge..: BARRY T MOSKOWITZ
Amount.:                    $350.00 CK
Check#.: BC#3421

**Total—>   $350.00**

FROM: ABDOU V. CHERTOFF, ET AL
      CIVIL FILING

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Hany M. ABDOU

*FILED*
*07 DEC -6 PM 3:22*
*CLERK, U.S. DISTRICT*
*SOUTHERN DISTRICT OF CALIFORNIA*
*BY: G*
*DEPUTY*

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Leah W. Hurwitz, Esq.   Leah W. Hurwitz, APLC   2727 Camino Del Rio
South, Ste. 110, San Diego, CA 92108   619-239-7855

**DEFENDANTS**
Michael Chertoff; Emilio Gonzalez; Paul Pierre, Christina Poulos;
Peter Keisler; Robert S. Mueller, III

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

'07 CV 2292 BTM (NLS)

Attorneys (If Known)
US Attorney's Office
880 Front Street, Rm. 6293, San Diego, CA 92101

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 USC §1447(b)
Brief description of cause:
Seeks review of naturalization application.  Alternatively, seeks Mandamus relief or relief under the APA

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions)
JUDGE                                    DOCKET NUMBER

DATE  12-6-07                            SIGNATURE OF ATTORNEY OF RECORD  Leah W. Hurwitz

**FOR OFFICE USE ONLY**
RECEIPT # 145164   AMOUNT $ 350.   APPLYING IFP                  JUDGE                  MAG. JUDGE
12/6/07