Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC -6 PM 3:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Hany M. ABDOU, Plaintiff,

vs

Michael Chertoff, DHS Secretary;
Emilio Gonzalez, USCIS Director;
Paul Pierre, USCIS San Diego District Director;
Christina Poulos, USCIS CSC Director;
Peter D. Keisler, Acting Attorney General;
Robert S. Mueller, III, FBI Director

SUMMONS IN A CIVIL ACTION

Case No.

07 CV 2292 BTM (NLS)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Leah W. Hurwitz, Esq.
Leah W. Hurwitz, A P.L.C.
2727 Camino del Rio South, Suite 110
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

DEC 06 2007

J. PARIS   CLERK                                    DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)