1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Counsel for Defendants

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 HANY M. ABDOU,                              )   Case No. 07cv2292-BTM (NLS)
                                                )
12                  Plaintiff,                  )
                                                )   JOINT MOTION TO EXTEND TIME TO FILE
13        v.                                    )   RESPONSIVE PLEADING
                                                )
14 MICHAEL CHERTOFF, Secretary,)
   Department of Homeland Security; EMILO)         [Fed.R.Civ.P. 6(b)(1)]
15 GONZALEZ, Director, United States)
   Citizenship and Immigration Services;)
16 PAUL PIERRE, District Director, U.S.)
   Citizenship and Immigration Services, San)
17 Diego District; CHRISTINA POULOS,)
   Director, U.S. Citizenship and Immigration)
18 Services, California Service Center;)
   MICHAEL B. MUKASEY, U.S. Attorney)
19 General; ROBERT MUELLER, Director,)
   Federal Bureau of Investigation,            )
20                                              )
                    Defendants.                 )
21 _____)

22        COME NOW THE PARTIES, Plaintiff Hany Abdou, by and through his counsel, Leah W.

23 Hurwitz, and Defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., by

24 and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United

25 States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants'

26 responsive pleading.

27 //

28 //

1  Plaintiff applied for naturalization under 8 U.S.C. § 1421 et seq. on or about November 8, 2005.
2  Plaintiff complains that Defendants have failed to process his application in a timely manner and prays
3  this Court order the adjudication of his application or otherwise order the expedition of the administrative
4  processing of his naturalization application.

5  In an effort to address Plaintiff's Complaint extrajudicially and without waiving Defendants'
6  rights to defend the causes of actions and allegations, including the right to file any Fed. R. Civ. P. 12
7  motions to dismiss, the parties now jointly request that the Court extend the date upon which Defendants'
8  responsive pleading is due for thirty (30) days until **Monday, March 10, 2008**.

9  The parties have not previously requested an extension of time. The parties jointly request this
10 time extension as the adjudication of Plaintiff's application is currently ongoing, and the parties believe
11 that the application can be resolved without judicial intervention.

12 Based upon the foregoing, it is respectfully requested that the Court enter an order, under
13 Fed. R. Civ. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading to **March
14 10, 2008**.

15

16 Dated:       January 30, 2008                s/ Leah W. Hurwitz
                                                Counsel for Plaintiff
17                                              E-Mail: lhurw8000@aol.com

18 Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
19 of the United States District Court for the Southern District of California, I certify that the content of this
20 document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Leah
21 Hurwitz to affix her electronic signature to this document.

22 Dated:       January 30, 2008                Respectfully Submitted,

23                                              KAREN P. HEWITT
                                                United States Attorney
24
                                                s/ Megan Callan
25
                                                MEGAN CALLAN
26                                              Assistant U.S. Attorney
                                                Counsel for Defendants
27                                              Email: Megan.Callan@usdoj.gov

28

KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY M. ABDOU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary,) <br> Department of Homeland Security; et al, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 07cv2292-BTM (NLS) <br><br> PROOF OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Leah W. Hurwitz
Counsel for Plaintiff
E-Mail: lhurw8000@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2008.

                                                 s/ Megan Callan
                                                 Megan Callan

07cv2292