UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY M. ABDOU,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al.,<br><br>               Defendants. | Case No. 07cv2292-BTM (NLS)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>[Docket No. 3] |

Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading (Docket No. 3) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall file their responsive pleading on or before March 10, 2008.

**It is so ordered.**

DATED: January 30, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge