1 KAREN P. HEWITT
United States Attorney
2 MEGAN CALLAN
Assistant U.S. Attorney
3 California Bar No. 230329
U.S. Attorney's Office
4 880 Front Street, Room 6293
San Diego, CA 92101-8893
5 Telephone: (619) 557-7120
Facsimile: (619) 557-5004
6 E-mail: Megan.Callan@usdoj.gov

7 Counsel for Defendants

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 HANY M. ABDOU,                               )   Case No. 07cv2292-BTM (NLS)
                                                )
12              Plaintiff,                      )
                                                )   SUPPLEMENTAL JOINT MOTION TO
13       v.                                     )   EXTEND TIME TO FILE RESPONSIVE
                                                )   PLEADING
14 MICHAEL CHERTOFF, Secretary,)
Department of Homeland Security; EMILO)
15 GONZALEZ, Director, United States)              [Fed.R.Civ.P. 6(b)(1)]
Citizenship and Immigration Services;)
16 PAUL PIERRE, District Director, U.S.)
Citizenship and Immigration Services, San)
17 Diego District; CHRISTINA POULOS,)
Director, U.S. Citizenship and Immigration)
18 Services, California Service Center;)
MICHAEL B. MUKASEY, U.S. Attorney)
19 General; ROBERT MUELLER, Director,)
Federal Bureau of Investigation,             )
20                                              )
                Defendants.                     )
21 _____)

22       COME NOW THE PARTIES, Plaintiff Hany Abdou, by and through his counsel, Leah W.

23 Hurwitz, and Defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., by

24 and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United

25 States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants'

26 responsive pleading.

27 //

28 //

1    Plaintiff applied for naturalization under 8 U.S.C. § 1421 et seq. on or about November 8, 2005.
2 Plaintiff complains that Defendants have failed to process his application in a timely manner and prays
3 this Court order the adjudication of his application or otherwise order the expedition of the administrative
4 processing of his naturalization application.

5    In an effort to address Plaintiff's Complaint extrajudicially and without waiving Defendants'
6 rights to defend the causes of actions and allegations, including the right to file any Fed. R. Civ. P. 12
7 motions to dismiss, the parties now jointly request that the Court extend the date upon which Defendants'
8 responsive pleading is due for sixty (60) days until **May 9, 2008**.

9    The parties previously requested an extension of time and continue to work together toward
10 resolution of Plaintiff's claims.  The parties jointly request this time extension as the adjudication of
11 Plaintiff's application is currently ongoing, and the parties believe that the application can be resolved
12 without judicial intervention.

13    Based upon the foregoing, it is respectfully requested that the Court enter an order, under
14 Fed. R. Civ. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading to **May 9,**
15 **2008**.

16

17 Dated:      February 22, 2008         s/ Leah Hurwitz
                                         Counsel for Plaintiff
18                                       E-Mail: lhurw8000@aol.com

19    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
20 of the United States District Court for the Southern District of California, I certify that the content of this
21 document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Leah
22 Hurwitz to affix her electronic signature to this document.

23 Dated:      February 22, 2008         Respectfully Submitted,

24                                       KAREN P. HEWITT
                                         United States Attorney
25
                                          s/ Megan Callan
26
                                         MEGAN CALLAN
27                                       Assistant U.S. Attorney
                                         Counsel for Defendants
28                                       Email: Megan.Callan@usdoj.gov