1   KAREN P. HEWITT
    United States Attorney
2   MEGAN CALLAN
    Assistant U.S. Attorney
3   California Bar No. 230329
    U.S. Attorney's Office
4   880 Front Street, Room 6293
    San Diego, CA 92101-8893
5   Telephone: (619) 557-7120
    Facsimile: (619) 557-5004
6   E-mail: Megan.Callan@usdoj.gov

7   Counsel for Defendants

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  HANY M. ABDOU,                    )     Case No.  07cv2292-BTM (NLS)
                                      )
12              Plaintiff,            )
                                      )
13        v.                          )     PROOF OF SERVICE
                                      )
14  MICHAEL   CHERTOFF,   Secretary,  )
    Department of Homeland Security; et al,  )
15                                    )
                Defendants.           )
16  _____  )

17  IT IS HEREBY CERTIFIED THAT:

18        I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
19
          I am not a party to the above-entitled action.  I have caused service of: SUPPLEMENTAL
20  JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING on the following party by
    electronically filing the foregoing with the Clerk of the District Court using its ECF System, which
21  electronically provides notice.

22        Leah W. Hurwitz
          Counsel for Plaintiff
23        E-Mail: lhurw8000@aol.com

24        I declare under penalty of perjury that the foregoing is true and correct.

25        Executed on February 22, 2008.

26                                    s/ Megan Callan_____
                                      Megan Callan
27

28