UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY M. ABDOU,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al.,<br><br>　　　　　　Defendants. | Case No.  07cv2292-BTM (NLS)<br><br>ORDER GRANTING SUPPLEMENTAL JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>[Docket No. 5] |

　　　Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading (Docket No. 5) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall file their responsive pleading on or before May 9, 2008.

**It is so ordered.**

DATED: February 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge