1 | KAREN P. HEWITT
United States Attorney
2 | MEGAN CALLAN
Assistant U.S. Attorney
3 | California Bar No. 230329
U.S. Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, CA 92101-8893
5 | Telephone: (619) 557-7120
Facsimile: (619) 557-5004
6 | E-mail: Megan.Callan@usdoj.gov

7 | Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY M. ABDOU, | Case No. 07cv2292-BTM (NLS) |
| Plaintiff, | |
| v. | JOINT MOTION TO REMAND TO USCIS |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; CHRISTINA POULOS, Director, U.S. Citizenship and Immigration Services, California Service Center; MICHAEL B. MUKASEY, U.S. Attorney General; ROBERT MUELLER, Director, Federal Bureau of Investigation, | |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff Hany Abdou, by and through his counsel, Leah W. Hurwitz, and Defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to remand this case to United States Citizenship & Immigration Services ("USCIS") for adjudication.

//

//

1  Plaintiff applied for naturalization under 8 U.S.C. § 1421 et seq. on or about November 8, 2005.
2 Plaintiff complains that Defendants have failed to process his application in a timely manner and prays
3 this Court order the adjudication of his application or otherwise order the expedition of the administrative
4 processing of his naturalization application.

5  The Federal Bureau of Investigation ("FBI") informed Plaintiff through counsel that his FBI
6 background check is complete, therefore any claims against the FBI are now moot. USCIS informed
7 Plaintiff through counsel that USCIS is prepared to adjudicate his application. Remand to USCIS is
8 required in order for the agency to adjudicate. *See United States v. Hovsepian*, 359 F.3d 1144, 1160-61
9 (9th Cir. 2004) (en banc).

10  Therefore, the parties jointly request that the Court remand this case to USCIS for adjudication.
11 In the event that USCIS does not adjudicate Plaintiff's application for naturalization within 30 days of
12 the entry of remand order, Defendants do not object to Plaintiff being granted 30 days leave to amend
13 his Complaint before this Court.

14  Based upon the foregoing, it is respectfully requested that the Court enter an order remanding this
15 case to USCIS.

16

17 Dated:     March 13, 2008                     s/ Leah W. Hurwitz
                                                Counsel for Plaintiff
18                                              E-Mail: lhurw8000@aol.com

19  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
20 of the United States District Court for the Southern District of California, I certify that the content of this
21 document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Leah
22 Hurwitz to affix her electronic signature to this document.

23 Dated:     March 13, 2008                    Respectfully Submitted,

24                                              KAREN P. HEWITT
                                                United States Attorney
25
                                                 s/ Megan Callan
26
                                                MEGAN CALLAN
27                                              Assistant U.S. Attorney
                                                Counsel for Defendants
28                                              Email: Megan.Callan@usdoj.gov

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | MEGAN CALLAN<br>Assistant U.S. Attorney |
| 3 | California Bar No. 230329<br>U.S. Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, CA 92101-8893 |
| 5 | Telephone: (619) 557-7120<br>Facsimile: (619) 557-5004 |
| 6 | E-mail: Megan.Callan@usdoj.gov |
| 7 | Counsel for Defendants |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANY M. ABDOU, | ) | Case No.  07cv2292-BTM (NLS) |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al, | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of: JOINT MOTION TO REMAND TO USCIS on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Leah W. Hurwitz
Counsel for Plaintiff
E-Mail: lhurw8000@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2008.

s/ Megan Callan
Megan Callan