1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Counsel for Defendants

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 HANY M. ABDOU,                           )  Case No.  07cv2292-BTM (NLS)
                                            )
12              Plaintiff,                  )
                                            )  AMENDED JOINT MOTION TO REMAND TO
13         v.                               )  USCIS
                                            )
14 MICHAEL CHERTOFF, Secretary,)
   Department of Homeland Security; EMILO)
15 GONZALEZ, Director, United States)
   Citizenship and Immigration Services;)
16 PAUL PIERRE, District Director, U.S.)
   Citizenship and Immigration Services, San)
17 Diego District; CHRISTINA POULOS,)
   Director, U.S. Citizenship and Immigration)
18 Services, California Service Center;)
   MICHAEL B. MUKASEY, U.S. Attorney)
19 General; ROBERT MUELLER, Director,)
   Federal Bureau of Investigation,          )
20                                           )
                Defendants.                  )
21 _____)

22       COME NOW THE PARTIES, Plaintiff Hany Abdou, by and through his counsel, Leah W.

23 Hurwitz, and Defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., by

24 and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United

25 States Attorney, and hereby jointly move the Court to remand this case to United States Citizenship &

26 Immigration Services ("USCIS") for adjudication.

27 //

28 //

1    Plaintiff applied for naturalization under 8 U.S.C. § 1421 et seq. on or about November 8, 2005. Plaintiff complains that Defendants have failed to process his application in a timely manner and prays this Court order the adjudication of his application or otherwise order the expedition of the administrative processing of his naturalization application.

The Federal Bureau of Investigation ("FBI") informed Plaintiff through counsel that his FBI background check is complete, therefore any claims against the FBI are now moot. USCIS informed Plaintiff through counsel that USCIS is prepared to adjudicate his application and anticipates adjudicating the application within 30 days of the entry of the remand order. Remand to USCIS is required in order for the agency to adjudicate. *See United States v. Hovsepian*, 359 F.3d 1144, 1160-61 (9th Cir. 2004) (en banc) (concluding that district courts have exclusive jurisdiction over an action filed under 8 U.S.C. § 1447(b)).

Based upon the foregoing, it is respectfully requested that the Court enter an order remanding this case to USCIS.

Dated:    March 13, 2008            s/ Leah W. Hurwitz
                                    Counsel for Plaintiff
                                    E-Mail: lhurw8000@aol.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Leah Hurwitz to affix her electronic signature to this document.

Dated:    March 13, 2008            Respectfully Submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                     s/ Megan Callan

                                    MEGAN CALLAN
                                    Assistant U.S. Attorney
                                    Counsel for Defendants
                                    Email: Megan.Callan@usdoj.gov

KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY M. ABDOU,          ) | Case No.  07cv2292-BTM (NLS) |
|                         ) | |
|         Plaintiff,      ) | |
|                         ) | |
|    v.                   ) | PROOF OF SERVICE |
|                         ) | |
| MICHAEL CHERTOFF, Secretary,) | |
| Department of Homeland Security; et al,  ) | |
|                         ) | |
|         Defendants.     ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of: AMENDED JOINT MOTION TO REMAND TO USCIS on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

    Leah W. Hurwitz
    Counsel for Plaintiff
    E-Mail: lhurw8000@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2008.

                                            s/ Megan Callan
                                            Megan Callan