UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY M. ABDOU, ) | Case No. 07cv2292-BTM (NLS) |
| Plaintiff, ) | |
| ) | ORDER GRANTING JOINT MOTION TO REMAND TO USCIS |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary,) Department of Homeland Security; et al., ) | [Docket No. 8] |
| Defendants. ) | |

Having considered the parties' Amended Joint Motion to Remand to USCIS (Docket No. 8) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the above-captioned case is REMANDED to United States Citizenship & Immigration Services.

**It is so ordered.**

DATED: March 13, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge